IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bryan M. Ward, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv872 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ms. Davis, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 3, 2015 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 21, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for summary judgment (Doc. 16) is GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

   s/Susan J. Dlott          
Judge Susan J. Dlott
United States District Court